PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED BY _JAM_ D.C.

05 DEC 21 PM 4:43

DOCKET NUMBER *(Tran. Court)*
3:04cr130BN-004

DOCKET NUMBER *(Rec. Court)*
**05-20455**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| JEROME E. THOMAS<br>homeless | SOUTHERN DISTRICT OF MISSISSIPPI | JACKSON |

NAME OF SENTENCING JUDGE

Alfred G. Nicols, Jr., United States Magistrate Court Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>08/30/2005 | TO<br>08/29/2006 |
|---|---|---|

**OFFENSE**

Conspiracy to Commit Bank Larceny $1,000 or less, 18 U.S.C. § 371

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF MISSISSIPPI"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **WESTERN DISTRICT OF TENNESSEE** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Nov - 14, 2005_                                  _Alfred G. Nicols_
Date                                              United States Magistrate Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF TENNESSEE" - Memphis Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_December 15, 2005_                               _Diane K. Vescovo_
Effective Date                                    United States ~~District~~ Judge
                                                  *Magistrate*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-30-05_

**RECEIVED**
NOV 15 2005
U.S. PROBATION
JACKSON, MS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20455 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT